# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HELEN M. KALUZA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 11-1646 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Eddy |
| **PNC BANK,** ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On March 11, 2013, the Magistrate Judge issued a Report and Recommendation (Doc. 28), recommending that Defendant PNC Bank's motion for summary judgment (Doc. 21) be granted. Service of the Report and Recommendation was made on the parties and no objections were filed. After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, it is hereby ORDERED that the Report and Recommendation of March 11, 2013 is adopted as the opinion of the Court.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment (Doc. 21) is GRANTED and this case is DISMISSED.

April 30, 2013

                                                        <u>s/ Cathy Bissoon</u>
                                                       Cathy Bissoon
                                                       United States District Judge

cc:

All attorneys of record (via CM/ECF e-mail).